

FILED
APR - 6 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>NISHA BHARGAVA,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA11-149M-2<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

  Upon motion of <u>defense counsel</u>, IT IS ORDERED that a detention hearing is set for <u>April 7</u>, <u>2011</u>, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Marc L. Goldman, United States Magistrate Judge</u>, in Courtroom <u>6A</u>.

  Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: APR - 6 2011

MARC L. GOLDMAN
U.S. ~~District Judge~~/Magistrate Judge